John LEWIS, Jason B. Nicholas, Philip Rabenbauer, Bennie Bates, Miguel Molina, Cecil Barrow, Thomas Little, Craig Winchell, Chester Flanders, Victor Midita, James Harrison, Plaintiffs–Appellants,

v.

George E. PATAKI, Governor, New York State; Brion Travis, Chairman, New York State Division of Parole, Defendants–Appellees.

No. 02–0076.

United States Court of Appeals, Second Circuit.

April 17, 2003.

John Lewis, et al., Warwick, NY, for Appellants, pro se.

No appearance,* for Appellee.

PRESENT: KEARSE, CABRANES, and STRAUB, Circuit Judges.

SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 17th day of April, two thousand and three.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Having reviewed all of the Appellants' claims, and finding in them no merit, the thorough and careful judgment of the District Court *sua sponte* dismissing the Appellants' Complaint for failure to state a claim is AFFIRMED.

* David Lawrence III, Assistant Solicitor General, writing on behalf of the Office of the Attorney General of the State of New York, informed the Court in a letter dated November 15, 2002 that the putative defendants in this matter never were served with a complaint. Defendants do not concede personal jurisdiction and therefore have not appeared.